Form: ntcnodeb
Rev: 01/14/2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  
**Paul Wallace Hodge Jr**  
(Debtor)

Case Number: **09–03556–FLK7**

Chapter: **7**

**NOTICE OF INTENT TO CLOSE CASE WITHOUT ENTRY OF ORDER OF DISCHARGE**

To:  
Debtor(s)  
Attorney for Debtor(s)  
Trustee  
United States Trustee

PLEASE TAKE NOTICE that Section 727(a)(11) of the Bankruptcy Code provides that the court grant the debtor a discharge unless the debtor failed to complete an instructional course concerning personal financial management. This course is in addition to the credit counseling required pre–filing.

PLEASE FURTHER TAKE NOTICE that pursuant to FRBP 1007(b)(7) a Statement Regarding Completion of a Course in Personal Financial Management is required to be filed within forty–five (45) days following the date first set for the meeting of creditors. It has been noted that no such statement has been filed.

PLEASE FURTHER TAKE NOTICE that it is the intent of the court to close this case without the entry of a discharge as permitted by FRBP 4006 unless a Statement Regarding Completion of a Course in Personal Financial Management is filed before the case is ready to close. The case will generally be ready to close sixty (60) days following the date first set for the meeting of creditors.

Date: September 22, 2009

CLERK OF COURT

 /s/ Patricia Elser

Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0980-2           User: trishe              Page 1 of 1              Date Rcvd: Sep 22, 2009
Case: 09-03556                 Form ID: ntcnodeb         Total Noticed: 1

The following entities were noticed by first class mail on Sep 24, 2009.
db            +Paul Wallace Hodge, Jr,   PO Box 2066,   White Salmon, WA 98672-2066

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2009**                              Signature:  _Joseph Speetjens_